IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-10413
Summary Calendar
_____

GEORGE PHILLIPS, SR.,

                                        Plaintiff-Appellant,

versus

LOCKE, LIDDELL & SAPP LLP,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:99-CV-2897-R
_____

November 2, 2000

Before POLITZ, DAVIS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

       Victoria Phillips' motion to be substituted for George Phillips, who is recently

deceased, for his appeal is GRANTED.

       This appeal follows the district court's dismissal of George Philips' complaint

due to Phillips' failure to follow the order of the magistrate judge.  The magistrate

_____

       [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

judge had ordered Phillips to file his suit on a 42 U.S.C. § 1983 complaint form. The complaint form, however, was for prisoners filing a § 1983 suit. Phillips was not a prisoner; nor was he seeking to file a civil rights action.

The district court's <u>sua</u> <u>sponte</u> dismissal of the complaint based upon Phillips' failure to follow the erroneous order of the magistrate judge was an abuse of discretion. <u>See</u> Fed. R. Civ. P. 41(b); <u>McNeal v. Papasan</u>, 842 F.2d 787, 789-90 (5th Cir. 1988). The district court's alternative conclusion that Phillips' suit was duplicative of a suit previously dismissed by another court was also erroneous.

VACATED and REMANDED.